UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER WAYNE ROBERTSON, | No. 2:15-cv-1860 CKD P |
| Petitioner, | |
| v. | ORDER AND |
| JAMIE SCHIEGGER, et al., | FINDINGS AND RECOMMENDATIONS |
| Respondents. | |

On September 4, 2015, petitioner was ordered to file a request to proceed in forma pauperis or pay the appropriate filing fee within thirty days. Petitioner was warned that failure to comply with the court's order would result in dismissal. The thirty day period has now expired and petitioner has not responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case, and IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the

1

1  specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951

2  F.2d 1153 (9th Cir. 1991).

3  Dated:  October 16, 2015

4  _____
   CAROLYN K. DELANEY
5  UNITED STATES MAGISTRATE JUDGE

8  1
   robe1860.fifp